| | |
|---|---|
| **From:** | owner-lanl-all@maillist.lanl.gov on behalf of Distributions |
| **To:** | lanl-all@lanl.gov |
| **Cc:** | theodore.wyka@nnsa.doe.gov; Baeza-Wisdom, Erika; Saenz, Jason P; dennis.svatos@nnsa.doe.gov; Chiri, Toni K; anthony.ieal@nnsa.doe.gov |
| **Subject:** | LANL-ALL3059 Vaccinations soon to be mandatory for Laboratory employees, contractors, and subcontractors |
| **Date:** | Monday, August 23, 2021 5:15:14 PM |

To:      LANL-ALL

From:    Thom Mason, DIR, A100

Phone:  505-667-5101

Symbol: DIR-21-081

Date:     August 23, 2021

**Subject: Vaccinations soon to be mandatory for Laboratory employees, contractors, and subcontractors**

To meet our Laboratory's critical mission requirements amid rising COVID-19 case rates in northern New Mexico and beyond, we must protect the entire workforce from the spread of this potentially severe disease. The best tool we have is vaccines. The current wave of COVID-19 cases, driven by the more infectious Delta variant, has led to a very high infection rate amongst unvaccinated staff. Three Laboratory employees have been hospitalized in the current surge, all unvaccinated. While there have been breakthrough infections among vaccinated staff, none have led to serious illness.

With the recent announcement of full Food and Drug Administration (FDA) approval for the Pfizer-BioNTech vaccine, along with the rapidly increasing number of infections, LANL has decided to make vaccines mandatory for all regular employees, on-site contractors, and on-site subcontractors. This requirement will apply to all employees working on-site, those teleworking, and all new hires.

More than 85% of the Laboratory population is now vaccinated. To give the remaining 15% time to get fully vaccinated before this requirement takes effect, I wanted to communicate this change now. Employees, contractors and subcontractors who do not have a full vaccination card on file with OccMed (at a date to be announced later) will be referred to line management who will work with HR to determine whether employment will continue. Employees with a legal basis for an exception to the requirement, such as a medical condition that prevents them from having the vaccine, will be considered on a case-by-case basis.

To receive a vaccination from the Laboratory, email getvaccinated@lanl.gov. To receive a vaccination from the state of New Mexico's Health Department, sign up at https://cvvaccine.nmhealth.org/my-registration.html. Employees should continue to report COVID-19-like symptoms to the LANL COVID Hotline at (505) 606-2667.

With this new vaccine requirement, we are extending the deadline to enter the drawing for the Triad Ford F-150 to October 1. The drawing for the truck will be held the week of



October 4.

The Laboratory has also received approval for a new "COV Vaccine" code. Employees who receive the vaccine off-site are authorized to charge up to four hours leave for each dose of the vaccine. Those receiving the vaccine on-site can charge their normal charge code(s) for the time required. Employees who have a reaction to the first or second vaccination, or both, may take up to two days total leave based on the normal workday schedule.

The new vaccine mandate does not change other existing COVID policies. Until fully vaccinated, employees and contractors who are unvaccinated will be required to continue to report for regular COVID-19 testing by the Laboratory. Those who do not follow workplace policies, including not presenting themselves for testing or not wearing a mask, will be referred to HR for disciplinary action.

As we accomplish our mission, your safety continues to be our primary concern. All employees should complete the Daily Self-Assessment, wear appropriate face coverings indoors, follow fundamental infection control precautions, and get vaccinated.