IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **RAUL ARCHULETA, ISAAC MARTINEZ, TRINA SUAZO-MARTINEZ, DANIEL FRANK, MICHELLE CORIZ, ADRIANNA MARTINEZ, VALLERIE LAMBERT,** and **SAM SPROW,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRIAD NATIONAL SECURITY, LLC**, d/b/a **LOS ALAMOS NATIONAL LABORATORY,** and **THOMAS MASON**, Director of Los Alamos National Laboratory, in his official capacity,<br><br>Defendants. | Case No. 1:21-cv-01030 |

## NOTICE OF APPEARANCE BY ATTORNEY B. TYLER BROOKS

The undersigned B. Tyler Brooks hereby enters this notice of appearance as counsel for Plaintiffs Raul Archuleta, Isaac Martinez, Trina Suazo-Martinez, Daniel Frank, Michelle Coriz, Adrianna Martinez, Vallerie Lambert, and Sam Sprow in conjunction with attorney Angelo J. Artuso of the Law Office of Angelo J. Artuso.

Counsel respectfully requests that all motions, notices, orders, and other filings be served upon him as well as Mr. Artuso.

DATED: October 22, 2021.

                        Respectfully submitted,

                        THOMAS MORE SOCIETY

                        BY: /s/B. Tyler Brooks
                        B. Tyler Brooks[†]
                        N.M. Federal Bar No. 21-296
                        309 W. Washington St., Suite 1250
                        Chicago, Illinois 60606
                        Telephone: (312) 782-1680
                        Cell: (336) 707-8855
                        btb@btylerbrookslawyer.com

                        [†] *Admitted in NC, SC, TN & MI.*