## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**RAUL ARCHULETA, ISAAC MARTINEZ,**
**TRINA SUAZO-MARTINEZ, DANIEL**
**FRANK, MICHELLE CORIZ, ADRIANNA**
**MARTINEZ, VALLERIE LAMBERT,**
and **SAM SPROW,**

     Plaintiffs,

    v.

**TRIAD NATIONAL SECURITY, LLC,** d/b/a
**LOS ALAMOS NATIONAL LABORATORY,**
and **THOMAS MASON,** Director of Los Alamos
National Laboratory, in his official capacity,

     Defendants.

Case No. 1:21-cv-01030-KWR-SCY

## DECLARATION OF MICHELLE CORIZ

  Plaintiffs hereby file the attached Declaration of Plaintiff Michelle Coriz as her verification

to the Amended Verified Complaint.

     LAW OFFICE OF ANGELO J. ARTUSO

     By: /s/Angelo J. Artuso
     Angelo J. Artuso
     P.O. Box 51763
     Albuquerque, New Mexico 87181-1763
     Telephone: (505) 306-5063
     angelo@nmliberty.com

       and

THOMAS MORE SOCIETY
By: /s/B. Tyler Brooks
B. Tyler Brooks[†]
N.M. Federal Bar No. 21-296
309 W. Washington St., Suite 1250
Chicago, Illinois 60606
Telephone: (312) 782-1680
Cell: (336) 707-8855
btb@btylerbrookslawyer.com
[†] *Admitted in NC, SC, TN & MI.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Declaration of Michelle Coriz

was served on all counsel of record by filing the same in the CM/ECF system this 28th   day   of

October, 2021.

/s/ Angelo J. Artuso
Angelo J. Artuso

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that she is a Plaintiff in the above action, that she has read the Amended Verified Complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at Chimayo, New Mexico on October 25, 2021.

_____
Michelle Cortz