IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **RAUL ARCHULETA, ISAAC MARTINEZ, TRINA SUAZO-MARTINEZ, DANIEL FRANK, MICHELLE CORIZ, ADRIANNA MARTINEZ, VALLERIE LAMBERT, and SAM SPROW,**<br><br>         Plaintiffs,<br><br>vs.<br><br>**TRIAD NATIONAL SECURITY, LLC,** d/b/a **LOS ALAMOS NATIONAL LABORATORY**, and **THOMAS MASON**, Director of Los Alamos National Laboratory, in his official capacity,<br><br>         Defendants. | Case No. 1: 21-cv-01030 KWR/SCY |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Evid. 201, and in support of their Response to in opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Defendants Triad National Security, LLC ("Triad") and Thomas Mason (hereafter, "Defendants"), by and through undersigned counsel, hereby request that the Court take judicial notice of the following document that is a matter of public record:

Transcript of Proceeding, *Andrew Sterling Butters, et al. v. Triad National Security, LLC et. al.*, D-132-CV-2021-00084 (First Judicial District Court, Los Alamos County, New Mexico) (Oct. 15, 2021) (certified transcript of oral ruling by Hon. Jason Lidyard denying Plaintiffs' Emergency Motion for an Ex Parte Temporary Restraining Order or for a Preliminary Injunction), attached hereto as Exhibit 1.

This document is a matter of public record in the First Judicial District Court of the State of New Mexico. While the Federal Rules of Evidence do not apply to preliminary injunction hearings, *Legacy Church, Inc. v. Kunkel,* 472 F. Supp. 3d 926, 937 (D.N.M. 2020) (Browning, J.) (explaining that the Federal Rules of Evidence do not apply to preliminary injunction hearings), *aff'd sub nom. Legacy Church, Inc. v. Collins*, 853 Fed. Appx. 316 (10th Cir. 2021), Fed. R. Evid. 201(c)(2) offers guidance, providing that a court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(b) further provides that courts may "judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Additionally, courts may take judicial notice of another court's opinion "for the existence of the opinion, which is not subject to reasonable dispute over its authenticity." *The Estate of Lockett by & through Lockett v. Fallin*, 841 F.3d 1098, 1111 (10th Cir. 2016) (quotation marks omitted). Similarly, courts may also "take judicial notice of its own files and records, as well as facts which are a matter of public record." *Tal v. Hogan*, 453 F.3d 1244, 1264 n.24 (10th Cir. 2006) (quotation marks omitted).

Defendants therefore respectfully request the Court take judicial notice of the Certified Transcript of Proceeding from *Butters v. Triad National Security, LLC et. al.*, D-132-CV-2021-00084 (First Judicial District Court, Los Alamos County, New Mexico) (Oct. 15, 2021).

Respectfully submitted,

PEIFER, HANSON, MULLINS & BAKER, P.A.
Post Office Box 25245
Albuquerque, NM 87125-5245
Telephone: (505) 247-4800
Facsimile:  (505) 243-6458
Email: ssanchez@peiferlaw.com

By: */s/ Sara N. Sanchez*
    Sara N. Sanchez
    Rebekah A. Gallegos


Michael D. Weil
Andrea Fellion
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105
(415) 422-1107
(415) 422-1001 (fax)
michael.weil@morganlewis.com
andrea.fellion@morganlewis.com

T. Cullen Wallace
MORGAN LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, TX  77002-5006
(713) 890-5722
(713) 890-5001 (fax)
Cullen.wallace@morganlewis.com

***Attorneys for Defendants Thomas Mason and Triad National Security, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of October, 2021, I filed the foregoing electronically through the CM/ECF system, which caused all counsel or record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

B. Tyler Brooks
Thomas More Society
309 W. Washington ST., Suite 1250
Chicago, Illinois  60606
(312) 782-1680
btb@btylerbrookslawyer.com

Angelo J. Artuso
P.O. Box 51763
Albuquerque, New Mexico  87181-1763
(505) 306-5063
angelo@nmliberty.com


PEIFER, HANSON, MULLINS & BAKER, P.A.

By:     */s/ Sara N. Sanchez*  
       Sara N. Sanchez