# Morgan Lewis

**Andrea Fellion**
Associate
+1.415.442.1180
andrea.fellion@morganlewis.com

December 2, 2021

**VIA FEDERAL EXPRESS**

American Arbitration Association
Attn: Employment Filing Team
1101 Laurel Oak Road
Voorhees, NJ 08043

Re: Archuleta, et al. v. Triad National Security, LLC d/b/a Los Alamos National Laboratory and Thomas Mason
AAA Case No. 01-21-0017-4224

Dear Employment Filing Team,

Enclosed please find Respondent Triad National Security, LLC's ("Triad") filing fees. We have enclosed eight $1,900.00 checks, which are Respondent's filing fees for the separate and individual claims submitted by each of the eight Claimants: Raul Archuleta, Isaac Martinez, Trina Suazo-Martinez, Daniel Frank, Michelle Coriz, Adrianna Martinez, Vallerie Lambert, and Sam Sprow. Claimants' counsel likewise has paid separate filing fees for each Claimant.

Pursuant to each Claimant's At-Will Employment, Invention Assignment, and Confidentiality Agreement—which includes the relevant arbitration agreement and are attached to Claimants' demand at Exhibits 3-10—Claimants have each waived their respective rights to bring a class action and have agreed to arbitrate individually. Triad therefore objects to this matter proceeding as a consolidated action or being adjudicated by a single arbitrator.

Instead, pursuant to AAA Rule 12(c)(i), Triad requests that AAA serve the parties with a separate list of names of potential arbitrators to adjudicate each Claimant's claims separately. Triad looks forward to receiving eight lists of potential arbitrators in total.

Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

Andrea Fellion

Enclosures

**Morgan, Lewis & Bockius LLP**

One Market
Spear Street Tower
San Francisco, CA 94105-1596        T +1.415.442.1000
United States                       F +1.415.442.1001

DB2/ 42121220.3

**EXHIBIT A**