IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAUL ARCHULETA, ISAAC MARTINEZ,
TRINA SUAZO-MARTINEZ, DANIEL FRANK,
MICHELLE CORIZ, ADRIANNA MARTINEZ,
VALLERIE LAMBERT, and SAM SPROW,

                Plaintiffs,

v.                                                              Case No. 1:21-cv-01030 KWR/SCY

TRIAD NATIONAL SECURITY, LLC d/b/a
LOS ALAMOS NATIONAL LABORATORY,
And THOMAS MASON, Director of Los Alamos
National Laboratory, in his official capacity,

                Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to D.N.M.LR-Civ 7.4(e), Plaintiffs hereby certify that Plaintiffs' Motion to Lift Stay and Administratively Reopen Case for the Purpose of Ordering Continuation of Consolidation of the Arbitration Proceedings [Doc. 35] filed on April 8, 2022, is ready for decision. Defendants filed their Response to Plaintiffs' Motion to Lift Stay and Administratively Reopen Case for the Purpose of Ordering Continuation of Consolidation of the Arbitration Proceedings [Doc. 36] on April 22, 2022. Plaintiff filed their Reply in Support of their Motion to Lift Stay and Administratively Reopen Case for the Purpose of Ordering Continuation of Consolidation of the Arbitration Proceedings [Doc. 37] on May 6, 2022.

                LAW OFFICE OF ANGELO J. ARTUSO

                By:/s/Angelo J. Artuso
                   Angelo J. Artuso
                   P.O. Box 51763
                   Albuquerque, New Mexico 87181-1763
                   Telephone: (505)
                   angelo@nmliberty.com

And

THOMAS MORE SOCIETY

By: /s/B. Tyler Brooks
    B. Tyler Brooks†
    N.M. Federal Bar No. 21-296
    309 W. Washington St., Suite 1250
    Chicago, Illinois 60606
    Telephone: (312) 782-1680
    btb@btylerbrookslawyer.com

† *Admitted in NC, SC, TN & MI.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Completion of Briefing was served on all counsel of record by filing the same in the CM/ECF system this 6th day of May, 2022.

/s/ Angelo J. Artuso
Angelo J. Artuso