**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RAUL ARCHULETA, ISAAC MARTINEZ, TRINA SUAZO-MARTINEZ, DANIEL FRANK, MICHELLE CORIZ, ADRIANNA MARTINEZ, VALLERIE LAMBERT, and SAM SPROW,

Plaintiffs,

vs.

TRIAD NATIONAL SECURITY, LLC, d/b/a LOS ALAMOS NATIONAL LABORATORY, and THOMAS MASON, Director of Los Alamos National Laboratory, in his official capacity,

Defendants.

Case No. 1: 21-cv-01030 KWR/SCY

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Raul Archuleta, Isaac Martinez, Trina Suazo-Martinez, Daniel Frank, Michelle Coriz, Adrianna Martinez, Vallerie Lambert, and Sam Sprow, through their counsel of record, and Defendants Triad National Security, LLC and Thomas Mason, through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41A(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action. It is further stipulated that each party agrees to bear its own costs and attorney fees.

Respectfully submitted,

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Sara N. Sanchez*
Sara N. Sanchez
Post Office Box 25245
Albuquerque, NM 87125-5245
Telephone: (505) 247-4800
Facsimile: (505) 243-6458
Email: ssanchez@peiferlaw.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Approved via email 05/13/2024*
Michael D. Weil
T. Cullen Wallace
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1107
Fax: (415) 442-1101
Email: michael.weil@morganlewis.com

Stipulated and agreed to:

By: */s/ Approved via email 05/13/2024*
Stephen Crampton
B. Tyler Brooks
THOMAS MORE SOCIETY
309 W. Washington St., Suite 1250
Chicago, IL 60606
Telephone: (336) 707-8855
tbrooks@thomasmoresociety.org
scrampton@thomasmoresociety.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of May, 2024, I filed the foregoing electronically through the CM/ECF system, which caused all counsel or record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

B. Tyler Brooks
Stephen Crampton
Thomas More Society
309 W. Washington St.
Suite 1250
Chicago, Illinois 60606
(312) 782-1680
tbrooks@thomasmoresociety.org
scrampton@thomasmoresociety.org

Angelo J. Artuso
P.O. Box 51763
Albuquerque, New Mexico 87181-1763
(505) 306-5063
a.artuso@att.net

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: */s/ Sara N. Sanchez*
Sara N. Sanchez